Thomas P. Harris, administrator of the estate of Charles W. Street, deceased, plaintiff in error, v. New York Central Railroad Company, defendant in error.   Gen. No. 37,255.

Opinion filed June 20, 1934.

Morris & Cashin, for plaintiff in error.   Sidney C. Murray, Marvin A. Jersild and Harold E. Christensen, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Angelina Baldassare, formerly Angelina Annina, appellee, v. Federal Union Life Insurance Company of Cincinnati, appellant.   Gen. No. 36,826.

Opinion filed July 2, 1934.   Rehearing denied July 16, 1934.

Clyde L. Todd, for appellant; Lee D. Mathias, of counsel. Livingston & Kaufman, for appellee; William McKinley and Paul E. Price, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, etc., et al., appellees, v. The Kaspar-American State Bank, appellant.   Gen. No. 37,447.

Opinion filed July 2, 1934.

Ring, Uhlir & Cuchna, for appellant.   Harold J. Finder, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Giles McClendon, appellee, v. Myrtle Wall et al., appellants.   Gen. No. 37,506.

Opinion filed July 2, 1934.

W. C. Smith, for appellants.   Adams & Baker, for appellee; Samuel Grossman, guardian ad litem.   Weldon Webster, attorney for guardian ad litem; Geo. C. Adams, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.